

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Instituto de Ciencias Forenses

November 01, 2013

Mr. Heriberto López-Guzmán
Attorney

*(signature)*

Mrs. Sonia I. Jiménez-Mirles
Quality Assurance Manager

**Civil Action No. 13-CV-01463-GAG Request**

Attach include a Certified copy of the DVD, CD and Certified Analysis of the events leading to the death of Mr. José Pabón-Lugo on June 13, 2010.

The Cost of the request is: $60.00 (CD and DVD) and $20.00 (Certified Analysis).

If you have any doubt or concern do not hesitate in contact me at: (787)765-0615 Ext. 536 or (787) 200-7164

Received by: _*(signature)*_ Date: 11/1/13

Urb. Reparto Metropolitano, SE-9 Calle Maga Esq. Casia #54
P.O. Box 11878 Caparra Heights Station,
San Juan, PR 00922-1878
Tel. (787) 765-0615 Fax. (787) 759-8908

   

INSTITUTO DE ICF PR
CIENCIAS FORENSES

División de Aseguramiento de Calidad